IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **DEBORAH LAUFER,**<br>**Plaintiff,**<br>v.<br><br>**KUS-AMBA INC.**<br>**d/b/a APALACHICOLA BAY INN,**<br><br>**Defendant.** | Case No.: 1:19-cv-00311-AW-GRJ |

## NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

The parties further request that the Court retain jurisdiction to enforce the settlement agreement.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| */s/ Kimberly A. Corkill* | /s/Gordon R. Duncan |
| Kimberly A. Corkill, Of Counsel | Gordon R. Duncan |
| Thomas B. Bacon, P.A. | Florida Bar No. 258563 |
| 644 North Mc Donald St. | Duncan & Associates |
| Mt. Dora, FL 32757 | P.O. Box 249 |
| ph. (954) 478-7811 | Fort Myers, FL 33902 |
| kimberlyatlaw@gmail.com | (239)334-4574 |
| Florida Bar. Id. No. 84942 | gordon@duncanassociatesfl.com |
| *Attorneys for Plaintiff* | joyce@duncanassociatesfl.com |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that April 6, 2020 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

/s/*Kimberly A. Corkill*
Attorney