# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**DEBORAH LAUFER,**

    **Plaintiff,**

**v.**                                                                              Case No. 1:19-cv-311-AW-GRJ

**KUS-AMBA INC.**
**d/b/a APALACHICOLA BAY INN,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of voluntary dismissal with prejudice. ECF No. 10. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The court will retain jurisdiction to enforce the parties' settlement. The clerk will close the file.

SO ORDERED on April 7, 2020.

                                                          s/ *Allen Winsor*
                                                          United States District Judge